MINUTE ENTRY
JUNE 4, 2015
KNOWLES, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-058 |
| DAVID RODRIGUEZ | SECTION: MAG |

INITIAL APPEARANCE

APPEARANCES:   X  DEFENDANT WITH/~~WITHOUT~~ COUNSEL _____

_____

   X   ASSISTANT U.S. ATTORNEY   THEODORE CARTER
   ___ INTERPRETER _____
Designated by Court and sworn.   Time: _____ .M to _____ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE COMPLAINT WAS:
      READ   WAIVED   ~~SUMMARIZED~~

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 05

X / BAIL SET AT _Any restrictions on purchase of property do not include property that is presently in the process of being purchased._

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON BOND

X / DEFENDANT INFORMED THAT ⟨PRELIMINARY HEARING⟩ / REMOVAL HEARING / ARRAIGNMENT IS SET FOR _June 25, 2015 at 2:00 p.m._

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

__/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR _____

X / DEFENDANT ORDERED TO RE-APPEAR FOR ⟨PRELIMINARY HEARING⟩ / REMOVAL HEARING / ARRAIGNMENT/DETENTION HEARING / HEARING TO DETERMINE COUNSEL WITH COUNSEL _June 25, 2015 at 2:00 p.m._

